UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JAJCO, INC.,<br><br>                 Plaintiff,<br>        v.<br><br>LEADER DRUG STORES, INC., et al.,<br><br>                 Defendants.<br>_____/ | No. C 12-05703 PJH (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to the undersigned.  4/18/2013 Minute Order, ECF No. 39.  The parties shall comply with all applicable requirements in the undersigned's standing order (attached), including all procedures regarding resolution of discovery disputes.  The district court also ordered that "[a] discovery conference take place as soon as possible to prepare a discovery plan that makes sense." *Id.*  In accordance with the undersigned's standing order, the parties are directed to meet and confer regarding a discovery plan and then to file a joint discovery dispute letter brief that identifies any disputes and contains their proposals for resolving them.  Thereafter, the court will schedule a hearing to discuss the matter with the parties.

**IT IS SO ORDERED.**

Dated: April 19, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 12-05703 PJH (LB)
NOTICE OF REFERRAL AND ORDER