UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAJCO, INC., | No. C 12-05703 WHO (LB) |
| Plaintiff(s), | **ORDER** |
| v. | |
| LEADER DRUG STORES, INC., ET AL., | |
| Defendants. | |

Plaintiff will submit a Proposed Joint Statement of Undisputed Facts by October 10, 2013. Parties will meet in person on October 14, 2013 and finalize it. Plaintiff's motion is due on October 17, 2013, the opposition is due October 31, 2013, and the optional reply is due November 7, 2013. The motion hearing is set for **November 21, 2013 at 9:30 a.m.** Counsel may appear by phone.

**IT IS SO ORDERED.**

Dated: October 3, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 12-05703 WHO (LB)
ORDER